**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HCDL HOLDINGS, LLC,

        Plaintiff,

v.                                   Case No:  6:17-cv-62-Orl-40TBS

TKCT, LLC, TKCT MILFORD, LLC,
ARTHUR DIADAMO, PETER DIADAMO
and JOE AMODIO,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Response to the Court's *Sua Sponte* Order Regarding Jurisdiction (Doc. 12) filed on February 10, 2017. The United States Magistrate Judge has submitted a report recommending that Count One be severed from this action and dismissed for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed February 21, 2017 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  Count I is improperly joined and is **DISMISSED without Prejudice** for lack of jurisdiction.

**DONE AND ORDERED** in Orlando, Florida on March 8, 2017.

                        PAUL G. BYRON
                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties