**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HCDL HOLDINGS, LLC,

    Plaintiff,

v.                                           Case No: 6:17-cv-62-Orl-40TBS

TKCT MILFORD, LLC, ARTHUR DIADAMO, PETER DIADAMO and JOE AMODIO,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. 35) filed on August 29, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 21, 2017 (Doc. 36), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. 35) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment for HCDL and against Defendants TKCT Milford, Peter DiAdamo, Arthur DiAdamo, and Joe Amodio, jointly and severally, in the amount of $130,746.62.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 6, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties